UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CR455 JCH |
| | ) | |
| JOSE MANUEL ARELLANO-REBOLLAR, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

This matter is before the Court on Defendant's Motion for Permission to Wed While Incarcerated (ECF No. 147). Upon consideration, the Court will grant Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Permission to Wed While Incarcerated (ECF No. 147) is hereby **GRANTED.**

**Dated this  6th  day of January, 2012.**

/s/Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**